# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**FREDERICK BANKS**  **PLAINTIFF**
**REG # 05711-068**

v.  No. 2:12-cv-137-DPM

**FEDERAL BUREAU OF PRISONS,** *et al.*  **DEFENDANTS**

## JUDGMENT

Banks's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

20 August 2012