# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**FREDERICK BANKS**                                            **PLAINTIFF**
**REG # 05711-068**

v.                              No. 2:12-cv-137-DPM

**FEDERAL BUREAU OF PRISONS,** *et al.*                        **DEFENDANTS**

## JUDGMENT

Banks's complaint is dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

20 August 2012